Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
November 28, 2006

Clerk, United States District Court
for the District of Arizona
1400 United States Courthouse
230 North First Avenue
Phoenix, AZ 85025-0093

**IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION  MDL-1792**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 11/2/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| Title of Case | Your Number | Our Number |
|---|---|---|
| Walter Cover v. Continental Promotion Group, Inc., et al. | AZ 2: 06-1560 | C.A. No. 1:06-2017 |
| Melinda Roquemore v. Continental Promotion Group, Inc., et al. | AZ 2: 06-1664 | C.A. No. 1:06-2019 |
| Luis Morales v. Continental Promotion Group, Inc., et al. | AZ 2: 06-1671 | C.A. No. 1:06-2020 |
| Jonathan Feldman v. Continental Promotion Group, Inc., et al. | AZ 2: 06-1891 | C.A. No. 1:06-2021 |
| Joshua Pevnick v. Continental | AZ 2: 06-1992 | C.A. No. 1:06-2018 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc: MDL Panel, Clerk
Nancy Mayer-Whittington, Clerk
Judge Ellen Segal Huvelle
Gwen Franklin, Courtroom Clerk
MDL Misc. Case No. 06-507