UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION <br><br> This Document Relates To: <br> ALL CASES | Misc. Action No. 06-0507 (ESH) <br> MDL Docket No. 1792 |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT, CONTINENTAL PROMOTION GROUP, INC.

Defendant, Continental Promotion Group, Inc. ("Continental"), gives notice of the substitution of C. Philip Campbell, Jr. and the law firm Shumaker, Loop & Kendrick, LLP, for David C. Jacobson and the law firm Sonnenschein, Nath & Rosenthal, LLP, as attorneys for Continental before Judge Huvelle.

Continental requests that David C. Jacobson and Sonnenschein, Nath & Rosenthal, LLP, be removed from the service list in this litigation.

Respectfully submitted,

SHUMAKER, LOOP & KENDRICK, LLP

By: _____
C. Philip Campbell, Jr.
Florida Bar No. 160973
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
pcampbell@slk-law.com
Attorneys for Continental Promotion Group, Inc.

SLK_TAM: #751096v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___12___ day of February, 2007, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to the following:

| **ATTORNEY – FIRM** | **REPRESENTED PARTY(S)** |
|---|---|
| Steven A. Hart, Esq.<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 N. Wabash Avenue, Suite 200<br>Chicago, IL 60611<br>shart@smsm.com | Co-Lead and Liaison Counsel for Plaintiffs |
| Kevin P. Roddy, Esq.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ 07095<br>kroddy@wilentz.com | |
| Mitchell R. Berger<br>Patton Boggs LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>mberger@pattonboggs.com | Attorneys for Defendant InPhonic, Inc. |

and by U.S. Mail to:

John R. Climaco, Esq.
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli Co, LPA
1220 Huron Road, Suite 1000
Cleveland, OH 44115

_____
ATTORNEY