Steven A. Hart, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
Telephone:   (312) 645-7920
Facsimile:    (312) 645-7711
**Counsel for Plaintiff and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH) |
| This Document Relates To: | MDL Docket No. 1792 |
| ALL CASES | |

I, Renee M. Cobbs, declare:

I am a citizen of the United States and employed in Chicago, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address if Sears Tower, Suite 5500, 233 S. Wacker Drive, Chicago, Illinois 60606. On March 4, 2008, I served a copy of the document entitled PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, via Electronic Filing, upon the following counsel of record:

| **COUNSEL FOR INPHONIC, INC.** | **LOCAL COUNSEL FOR INPHONIC, INC.** |
|---|---|
| Mitchell R. Berger | Jason J. Green |
| Patton Boggs, LLP | Tabet, DiVito & Rothstein, LLC |
| 2550 M Street, NW | 209 South LaSalle Street, 7th Floor |
| Washington, DC 20037-1350 | Chicago, Illinois 60604 |
| mberger@pattonboggs.com | (312) 762-9450 |

**COUNSEL FOR CONTINENTAL
    PROMOTION GROUP, INC.**
David C. Jacobson
John I. Grossbart
Katharine E. Stanton
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, Illinois 60606

**COUNSEL FOR CONTINENTAL
    PROMOTION GROUP, INC.**
Scott J. Stein
Sonnenschein Nath & Rosenthal, LLP
2398 East Camelback Rd., Ste. 1060
Phoenix, AZ 85016

**COUNSEL FOR PLAINTIFF EDWIN
    DAVIS**
John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
    Co., L.P.A.
888 16th Street, NW, Suite 800
Washington, D.C. 20006

**COUNSEL FOR PLAINTIFF EDWIN
    DAVIS**
David P. Meyer
Patrick G. Warner
David P. Meyer & Associates Co., L.P.A.
401 N. Front Street, Suite 350
Columbus, Ohio 43215

**COUNSEL FOR PLAINTIFFS HONGYI
    YU and BARBARA McGIVNEY**
Steven N. Beck
Jonathan W. Cuneo
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, D.C., 20002

Knoll Lowney
Smith & Lowney
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095

**COUNSEL FOR PLAINTIFFS PAUL
    ROCK and MARY KAZMARCK**
Barry R. Eichen
Eichen, Levinson & Crutchlow, LLP
40 Ethel Road
Edison, NJ 08817

**COUNSEL FOR PLAINTIFFS WALTER
COVER and LUIS MORALES
and JOSHUA PEVNICK**
Stephen M. Garcia
Sarina M. Hinson
The Garcia Law Firm
One World Trade Center, Suite 1950
Long Beach, CA 90831

**COUNSEL FOR PLAINTIFF MELINDA
    ROQUEMORE**
Patrick J. McGroder, III
Robert W. Boatman
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016

**COUNSEL FOR PLAINTIFF LUIS
    MORALES and SHELLY SALZMAN**
Bruce L. Simon
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**COUNSEL FOR PLAINTIFF SHELLY SALZMAN**
Mark P. Friedlander, Jr.
Friedlander, Friedlander & Earman, PC
1364 Beverly Rd., Ste. 201
McLean, VA  22101

**COUNSEL FOR PLAINTIFF SHELLY SALZMAN**
Harvey Rosenfield
Pamela Pressley
Foundation for Taxpayer and Consumer Rights
1750 Ocean Boulevard, Ste. 200
Santa Monica, CA  90405

**COUNSEL FOR JONATHAN FELDMAN**
Larry Jay Crown
Jennings Haug & Cunningham LLP
2800 North Central Ave., Ste. 1800
Phoenix, AZ  85004

**COUNSEL FOR STANLEY J. HELLER**
Gary E. Mason
The Mason Law Firm, PC
1225 19th Street, NW
Suite 500
Washington, DC  20036

**COUNSEL FOR STANLEY J. HELLER**
Oren Giskan
Catherine Anderson
Giskan & Solotaroff
207 West 25th Street
4th Floor
New York, NY  10001

**COUNSEL FOR STANLEY J. HELLER**
Daniel Lynch
Law Offices of Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL  60606

**COUNSEL FOR BARRY R. FRIEDRICH and MANDY FRIEDRICH**
Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
Pearson, Soter, Warshaw & Penny LLP
15165 Ventura Boulevard, Ste. 400
Sherman Oaks, CA  91403

**COUNSEL FOR IONA WORKMAN**
Eric A. Eisen
Eisen & Shapiro
10028 Woodhill Road
Bethesda, MD  20817

**COUNSEL FOR IONA WORKMAN**
Lewis Kahn
Kevin Oufnac
Kahn Gauthier Swick, LLC
650 Poydras St., Ste. 2150
New Orleans, LA  70130